USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/2/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

**VUPPALA,**

                **Plaintiff/Relator,**

-against-

**6093299 CANADA INC., D/B/A/ GABRIEL SCOTT, ET AL,**

                **Defendant.**

------------------------------------------------------------ x

**17-cv-8589 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On March 18, 2020, Plaintiff requested that the Court grant a thirty day stay of all deadlines and/or conferences in this matter due to the health crisis caused by the COVID-19 pandemic. Defendants should respond to this request by April 6, 2020.

**SO ORDERED.**

**Dated:** **April 2, 2020**
       **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**