# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

**MEMO ENDORSED**

April 15, 2020

**VIA CM/ECF**
Honorable Judge Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 705
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/24/20

      Re:    Vuppala v. 6093299 Canada Inc., d/b/a Gabriel Scott, et al.-
            Case 1:17-cv-08589-ALC

Dear Judge Carter:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    Due to the ongoing national health crisis caused by the COVID-19 pandemic, coupled with the mandated closure of most non-essential public businesses in New York City, including the non-responsive landlord/defendant's tax payor company in this matter which appears to be temporarily closed, as our Federal Express packages have been returned as undeliverable. Consequently, it is very difficult for the parties to proceed adequately in this matter with discovery and/or any meaningful settlement negotiations.

    Therefore, Plaintiff's undersigned counsel hereby respectfully requests that the Court grant an additional thirty (30) day stay of all deadlines in this matter. The undersigned has conferred with counsel for tenant/defendant, who stated that he "did not expect we will oppose another 30-day extension, but I am waiting for my client to get back to me to confirm." As the initial stay is set to expire, undersigned is filing this letter in the interim.

    The Court may wish to note that this is undersigned counsel's second request to stay this matter. Thank you for your consideration of this necessary request.

                                            Sincerely,

                                        By:  /S/ B. Bradley Weitz
                                               B. Bradley Weitz, Esq. (BW 9365)
                                               THE WEITZ LAW FIRM, P.A.
                                               18305 Biscayne Blvd., Suite 214
                                               Aventura, Florida 33160
                                               Tel.: (305) 949-7777
                                               Fax: (305) 704-3877
                                               Email: bbw@weitzfirm.com

SO ORDERED:

/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

4/24/20