```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/3/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

  VUPPALA,                                               :

                                **Plaintiffs,**  :

                                               :    **17-cv-8589**

      -against-                          :

                                               :    <u>**ORDER**</u>

  **6093299 CANADA INC ET AL,**        :

                                               :

                                **Defendant.**   :

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The parties should submit a joint status report by June 10, 2020.

**SO ORDERED.**

**Dated:** June 3, 2020

       New York, New York                          **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**