```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/7/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
  KIRAN VUPPALA.,                              :

                                  **Plaintiffs**,  :

                                              :     **1:17-cv-8589 (ALC)**
        -against-                               :

                                              :     <u>**ORDER**</u>
  6093299 CANADA INC.,               :

                            **Defendant.**  :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties should submit a joint status report in this matter by August 20, 2020.

**SO ORDERED.**

**Dated:** August 7, 2020                                   _____

     **New York, New York**                         **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**