```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __December 4, 2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**KIRAN VUPPALA,**

                        **Plaintiff,**

          **-against-**

**6093299 CANADA INC. ET AL,**

                        **Defendant.**

**17-cv-8589 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    December 4, 2020
             New York, New York

                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**